# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:22-mj-2074-DAB

**QUASHON BURTON**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Quashon Burton, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of New York was held on October 24, 2022.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that QUASHON BURTON is the person named in the warrant for arrest, a copy of which has been produced.

Conditions were set for the Defendant's release. However, that decision was appealed by government, and the Court in the charging district ordered his detention, Accordingly, the Order setting conditions of release (Doc. 11) is VACATED, and the defendant remains in custody after the initial appearance.
.
It is, therefore,

**ORDERED** that QUASHON BURTON be held to answer in the district court in which the prosecution is pending.

The defendant:   is requesting court appointed counsel.

**IT IS FURTHER ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.   The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.   The clerk of this district must promptly transmit the papers and any bail to the charging district.

Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 4, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender